WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

MIGUEL MAGALLON DIAZ,                  )   CASE NO.: **EDCV 08-01919 SS**
                                       )
              Plaintiff,               )   [PROPOSED] ORDER AWARDING
                                       )   EAJA FEES
         v.                            )
                                       )
MICHAEL J. ASTRUE,                     )
Commissioner of Social Security,       )
                                       )
              Defendant.               )
_____ )

        Based upon the parties' Stipulation for Award and Payment of Equal Access
to Justice Act (EAJA) Fees ("Stipulation"),

        **IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be
awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the
amount of TWO THOUSAND EIGHT HUNDRED DOLLARS and no/cents
($2,800.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and
conditions of the Stipulation.

        DATED:  10/27/09

                                       _Suzanne H. Segal_

                           UNITED STATES MAGISTRATE JUDGE